| | |
|---|---|
| KAMAL PATEL, )<br>    Plaintiff, )<br>)<br>v. )<br>)<br>HEE HAW TUCKER-HILL, et al., )<br>    Defendants. ) | O R D E R |

On June 7, 2010, plaintiff filed a civil rights action pursuant to Bivens v. Six Unknown Nmaed Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971). On December 20, 2010, the undersigned allowed the matter to proceed after a frivolity review. 28 U.S.C. § 1915. On May 11, 2010, a motion to dismiss, or in the alternative, a motion for summary judgment was filed by defendants (D.E. # 14). Plaintiff was notified of the motion on or about May 12, 2011, and given until June 27, 2011, to file his response. On June 9, 2011, plaintiff filed a motion for voluntary dismissal without prejudice (D.E. # 30). No response to the motion for voluntary dismissal was filed by defendants, and the matter is ripe for determination.

An action may be dismissed voluntarily by a plaintiff without order of the court by filing a notice of dismissal at any time before service by the adverse party of an answer or a motion for summary judgment. See Fed. R. Civ. P. 41(a)(1). Otherwise, an action shall not be dismissed on the plaintiff's request except upon order of the court. See Fed. R. Civ. P. 41(a)(2).

Rule 41(a)(2) permits voluntary dismissal "upon such terms and conditions that the court deems proper." A motion under Rule 41(a)(2) should not be denied absent "legal" or "substantial" prejudice to defendants. See Ellett Brothers, Inc. v. U.S. Fidelity and Guar. Co.,

275 F.3d 384, 388 (4th Cir. 2001); Ohlander v. Larson, 114 F.3d 1531, 1537 (10th Cir. 1997); Andes v. Versant Corp., 788 F.2d 1033, 1036 (4th Cir. 1986). Defendants did not respond to the motion. Obviously, without response, there can be no showing of any prejudice, much less a substantial or legal showing of prejudice to defendants.

Therefore, plaintiff's Motion for Voluntary Dismissal without prejudice (D.E. # 30) is ALLOWED as to all defendants. All other pending motions (D.E. # 24) are DENIED as MOOT. The case is CLOSED. SO ORDERED, this the 20 day of July 2011.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE